SUPREME COURT OF NEW JERSEY
D-163 September Term 2008

IN THE MATTER OF

KENNETH P. SIRKIN,

AN ATTORNEY AT LAW

(Attorney No. 048591998)

ORDER

FILED
OCT 08 2009

CLERK

The Disciplinary Review Board having filed with the Court its decision in DRB 09-148, concluding on the record certified to the Board pursuant to Rule 1:20-4(f)(default by respondent), that **KENNETH P. SIRKIN** of **BOYTON BEACH, FLORIDA**, who was admitted to the bar of this State in 1999, should be suspended from the practice of law for a period of three months for violating RPC 1.1(a)(gross neglect), RPC 1.3(lack of diligence), RPC 1.4(b)(failure to keep client informed of status of case), and RPC 8.1(B)(failure to cooperate), and good cause appearing;

It is ORDERED that **KENNETH P. SIRKIN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to Rule 1:20-20(c), respondent's

failure to comply with the Affidavit of Compliance requirement of Rule 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of RPC 8.1(b) and RPC 8.4(c); and (3) provide a basis for an action for contempt pursuant to Rule 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 6th day of October, 2009.

CLERK OF THE SUPREME COURT

The foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY